The People of the State of Illinois, Plaintiff-Appellee, *v.* DeElvin Chatman, Defendant-Appellant.

(No. 56535; ▮▮▮▮▮▮▮▮

First District (4th Division)—November 7, 1973.

Opinion by Mr. JUSTICE DIERINGER.

Gerald W. Getty, Public Defender, of Chicago, (Thaddeus L. Kowalski and Ronald P. Katz, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James R. Truschke, Assistant State's Attorneys, of counsel,) for the People.